UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATRINA D. BRADLEY, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS B. MODLY, ACTING SECRETARY OF THE NAVY <br><br> Defendant. | Civil Action No.: 3:17-cv-00495-RNC <br><br><br><br> January 8, 2020 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

By decision dated December 12, 2019, the Board for Correction of Naval Records issued a written decision granting Plaintiff Katrina D. Bradley's application to upgrade her discharge status from "other than honorable" to "honorable" with a narrative reason for separation of "secretarial authority." Counsel for Plaintiff has attached the decision to this notice as Exhibit A.

Respectfully Submitted,

By: /s/ Michael J. Wishnie

Lauren Blazing, Law Student Intern
Claire Blumenthal, Law Student Intern
Cara Newlon, Law Student Intern
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
t. (203) 432-4800
michael.wishnie@yale.edu